# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) No.: 3:10-CV-118 |
| | ) |
| MICHAEL E. ENGLAND, J. O. ADAMS, | ) |
| individually and J. O. ADAMS d/b/a | ) |
| ADAMS TAXIDERMY, | ) |
| PHYLLIS GOODMAN, individually and as | ) |
| mother and next friend of J.Z.G., a minor, and | ) |
| JEFFREY GOODMAN, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING AUTO-OWNERS INSURANCE COMPANY'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT MICHAEL E. ENGLAND

THIS MATTER came before the Court upon Plaintiff Auto-Owners Insurance Company's Motion for Entry of Default Judgment Against Defendant Michael E. England. Good cause having been shown, namely that Defendant Michael E. England has not answered or otherwise responded to the Complaint for Declaratory Judgment filed on March 24, 2010, after being duly served with a Summons and a copy of the Complaint for Declaratory Judgment, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff Auto-Owners Insurance Company's Motion for Entry of Default Judgment Against Defendant Michael E. England is granted, and that judgment is entered in favor of Plaintiff Auto-Owners Insurance Company and Against Defendant Michael E. England.

The Court declares that Plaintiff Auto-Owners Insurance Company has no duty or obligation under the insurance policy at issue to defend or indemnify Defendant Michael E. England in the action styled *Phyllis Goodman, Individually and as Mother and Next Friend of*

674684.1

*[J.Z.G.], a Minor, and Jeffrey Goodman v. Michael E. England, and J. O. Adams, Individually and J. O. Adams d/b/a Adams* Taxidermy, Anderson County Circuit Court, No. A9LA0440. Auto-Owners Insurance Company may submit its Bill of Costs to the Clerk.

Entered this 6th day of April, 2011.

_____
**HONORABLE THOMAS W. PHILLIPS**
**United States District Court Judge**

674684.1